IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01932-RPM

TANA MINOTT, individually and as Natural Mother/Next Friend of
JADINA JACKSON and
NIKEA MINOTT, minors, and
GARFIELD SINCLAIR as Natural Father/Next Friend of
BRANDON EDWARDS-SINCLAIR and
TYLER SINCLAIR, minors,

        Plaintiff,

v.

MESGINA KIDANE,
OFFICER J. HARPER, individually and in his official capacity,
OFFICER J. YATES, individually and in his official capacity,
OFFICER GARY E. MOORE, individually and in his official capacity,
AURORA POLICE DEPARTMENT, and
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

        Defendants.
_____

ORDER OF DISMISSAL OF OFFICERS J. HARPER, J. YATES, AND GARY E. MOORE AND AURORA POLICE DEPARTMENT
_____

Upon consideration of Plaintiffs' Unopposed Motion to Dismiss Defendants Officer J. Harper, Officer J. Yates, Officer Gary E. Moore and Aurora Police Department [14], it is

ORDERED that the claims against Defendants Officer J. Harper, Officer J. Yates, Officer Gary E. Moore and the Aurora Police Department are dismissed, each party to pay their own attorney fees and costs.

DATED: November 4th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge